John A. McGuinn, Esq. (State Bar No. 036047)
Jeannette A. Vaccaro, Esq. (State Bar No. 287129)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue, Suite 100
San Francisco, CA  94133
Telephone:    (415) 421-9292
Facsimile:    (415) 403-0202

Attorneys for Plaintiff
SHANNON RUND

Michael A. Laurenson (State Bar No. 190023)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:    (415) 986-5900
Facsimile:    (415) 986-8054

Attorneys for Defendants
BANYAN WATER, INC. and WATER STEWARD, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHANNON RUND,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BANYAN WATER, INC., WATER STEWARD, INC., and DOES 1 through 25, inclusive,<br><br>　　　　　　　Defendants. | Case No. C 15-02043 KAW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE PRIVATE MEDIATION AND CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

　　　　Plaintiff, Shannon Rund ("Plaintiff") and Defendants Banyan Water, Inc. and Water Steward, Inc. ("Defendants") (collectively "the parties"), by and through their respective attorneys of record, hereby stipulate to the following:

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE
PRIVATE MEDIATION                                                                                                1

1. The current deadline for the parties to complete private mediation is October 15, 2015.

2. The parties were scheduled for private mediation with Debra Mellinkoff on October 7, 2015. However, due to an unforeseen medical issue, Plaintiff was unable to attend the mediation that day.

3. The parties have rescheduled the mediation with Ms. Mellinkoff for November 20, 2015.

4. The parties request that the following deadlines be continued:

    a. The deadline to complete private mediation be extended to November 20, 2015.

    b. The further Case Management Conference be continued to Tuesday, December 8, 2015 at 1:30 p.m.

    c. The deadline to file the Updated Joint Case Management Statement be continued to Tuesday, December 1, 2015.

DATED: October 9, 2015        GORDON & REES LLP
                              Attorneys for Defendants BANYAN WATER, INC. and
                              WATER STEWARD, INC.

                              By: _____
                                  MICHAEL A. LAURENSON

DATED: October 7, 2015        McGUINN, HILLSMAN & PALEFSKY
                              Attorneys for Plaintiff SHANNON RUND

                              By: _____
                                  JEANNETTE A. VACCARO

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE PRIVATE MEDIATION
2

## ORDER

Pursuant to the stipulation of the parties and good cause being shown, IT IS HEREBY ORDERED THAT the parties' deadline to complete mediation is extended from October 15, 2015 to November 20, 2015.

IT IS FURTHER ORDERED that the Case Management Conference is continued from Tuesday, November 10, 2015 to Tuesday, December 8, 2015 at 1:30 p.m. ~~in Courtroom 4, 3rd floor~~.

IT IS FURTHER ORDERED that the parties' deadline to file the Updated Joint Case Management Statement is continued from Tuesday November 3, 2015 to Tuesday, December 1, 2015.

Dated: October 9, 2015

MAGISTRATE JUDGE KANDIS A. WESTMORE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA