1  John A. McGuinn, Esq. (State Bar No. 036047)
2  Jeannette A. Vaccaro, Esq. (State Bar No. 287129)
   McGUINN, HILLSMAN & PALEFSKY
3  535 Pacific Avenue, Suite 100
   San Francisco, CA  94133
4  Telephone:     (415) 421-9292
   Facsimile:     (415) 403-0202
5
6  Attorneys for Plaintiff
   SHANNON RUND
7
8  Michael A. Laurenson (State Bar No. 190023)
   GORDON & REES LLP
9  275 Battery Street, Suite 2000
   San Francisco, CA 94111
10 Telephone:     (415) 986-5900
   Facsimile:     (415) 986-8054
11
12 Attorneys for Defendants
   BANYAN WATER, INC. and WATER STEWARD, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHANNON RUND,<br><br>                    Plaintiff,<br><br>     vs.<br><br>BANYAN WATER, INC., WATER STEWARD, INC., and DOES 1 through 25, inclusive,<br><br>                    Defendants. | Case No. C 15-02043 KAW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be, and hereby is, dismissed without prejudice pursuant to Fed.R. Civ.P. 41(a)(2).

---

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE                    1

DATED:  February 17, 2016       GORDON & REES LLP
                                Attorneys for Defendants BANYAN WATER, INC. and WATER STEWARD, INC.


                                By:     */s/  Michael A. Laurenson*
                                        MICHAEL A. LAURENSON


DATED:  February 17, 2016       McGUINN, HILLSMAN & PALEFSKY
                                Attorneys for Plaintiff SHANNON RUND



                                By:      */s/  Jeannette A. Vaccaro*
                                         JEANNETTE A. VACCARO

McGuinn, Hillsman
& Palefsky
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

1  [PROPOSED] ORDER

2  The above-captioned action is dismissed without prejudice pursuant to Fed.R.Civ.P.

3  41(a)(2).

4

5

6  IT IS SO ORDERED.

7

8

9  Dated: ___2/18_____, 2016    _____Kandis Westmore_____

10                                                              MAGISTRATE JUDGE KANDIS A. WESTMORE
                                                                UNITED STATES DISTRICT COURT
11                                                              NORTHERN DISTRICT OF CALIFORNIA

McGuinn, Hillsman
& Palefsky
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE         3